

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

    v.                           :    CRIMINAL NO. 13-40

RASHION MICHAELS              :
   a/k/a "Mookie"

### ORDER FOR BENCH WARRANT

AND NOW, this 27th day of February, 2013, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge



IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-90 |
| RASHION MICHAELS<br>a/k/a "Mookie" | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 27th day of February, 2013, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Robert J. Livermore, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
ROBERT J. LIVERMORE
Assistant United States Attorney